**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 17, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00531-CV

**LENG ABBASSI, Appellant**

**V.**

**TRAVIS HAILEY, Appellee**

**On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1021210**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed May 13, 2013.  On December 11, 2013, appellant filed a motion to dismiss the appeal because the parties have reached an agreement to settle.  *See* Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Brown.